**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : |
| ACTIVE WORLD HOLDINGS, INC. | :  CHAPTER 11 |
| d/b/a Active World Club | : |
| | : |
| Debtor, | :  BKRTCY. NO. 25-11826 pmm |
| | : |

### ORDER

AND NOW, upon consideration of the Debtor's Motion to Continue, Extend and Reimpose Automatic Stay regarding its creditors, and good cause and good faith appearing therefor, it is hereby

**ORDERED** that the Debtor's Motion is **GRANTED,** and the Automatic Stay imposed by 11 U.S.C. Section 362 be and hereby is **CONTINUED AND EXTENDED** with respect to Debtor's property, real and personal and all creditors unless modified by the Court after motion.

**BY THE COURT:**

_____
**PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE**