United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 25-11826-pmm

Active World Holdings Inc.                                                    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                   User: admin                                              Page 1 of 1

Date Rcvd: May 14, 2025                          Form ID: pdf900                                    Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

**Recip ID               Recipient Name and Address**
db                       + Active World Holdings Inc., 124 Huntzinger Road, Wernersville, PA 19565-9711

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2025                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:**

**Name**                        **Email Address**

HOLLY SMITH MILLER, ESQ.
                                hsmiller@gsbblaw.com  chsm11@trustesolutions.net

JOHN HENRY SCHANNE
                                on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

KEVIN K. KERCHER
                                on behalf of Debtor Active World Holdings Inc. kevinkk@kercherlaw.com  kevin@kercherlaw.com

RACHEL WOLF
                                on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov

United States Trustee
                                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| **Active World Holdings Inc.** | : | |
| | : | **Case No.  25-11826 (PMM)** |
| **Debtor.** | : | |

# O R D E R

**AND NOW,** the Debtor has elected to proceed under Subchapter V of Chapter 11 of the

United States Bankruptcy Code, it is hereby

**ORDERED** that:

1.  A Status Conference as required by 11 U.S.C. §1188 is **SCHEDULED** via Zoom

    teleconference for **Tuesday, July 01, 2025, at 11:00 a.m.**

    https://www.zoomgov.com/j/1613202603?pwd=eeRc7KQBSd4odxP4UpEgyH7Cv5

    No3a.1

    Meeting ID: 161 320 2603
    Passcode: 138602

2.  The Debtor shall file a status report as required by 11 U.S.C. §1188(c) on or before

    **June 17, 2025**.

**Date:  May 12, 2025**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**