UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| ACTIVE WORLD HOLDINGS, INC. d/b/a Active World Club | : CHAPTER 11 |
| Debtor, | : BKRTCY. NO. 25-11826 pmm |

## APPLICATION OF DEBTOR-IN-POSSESSION FOR AUTHORITY TO EMPLOY ATTORNEY

Active World Holdings, Inc., d/b/a Active World Club, ("Debtor") files this application to employ attorney, and respectfully represents:

1. On or about May 8, 2025 the Debtor filed a Voluntary Petition for relief under Subchapter V of Chapter 11 of the Bankruptcy Code. The Debtor has continued in possession of its property as Debtor-in-possession.

2. The Debtor as Debtor-in-Possession desires to employ THE LAW OFFICE OF KEVIN K. KERCHER, ESQUIRE, P.C., and specifically Kevin K. Kercher, Esquire, as its attorney in this case, which attorney is duly admitted to practice in tits Court.

3. The Debtor has selected The Law Office of Kevin K. Kercher for the reason that he has had considerable experience in matters of this character, and believes that the Kercher law firm is well qualified to represent him as Debtor-in-Possession in this case.

4. The professional services that the Kercher law firm is expected to render include the following:

 (a) provide the Debtor with legal services with respect to their power and duties as Debtor-in-Possession in continuing the management of their assets;

 (b) to prepare on behalf of Debtor necessary Applications, Answers, Orders, Reports, and other legal papers;

 (c) to represent the Debtor in any matters involving contests with secured or unsecured creditors;

 (d) to assist the Debtor in providing legal services required to negotiate and prepare a plan of reorganization; and

 (e) to perform such other legal services for the Debtor as are necessary and appropriate herein.

5. It is necessary for the Debtor to employ an attorney to provide the foregoing legal services.

6. To the best of the Debtor's knowledge, the Law Office of Kevin K. Kercher, Esquire, P.C., has no connection with the creditors or any other party in interest, except as set forth in the Declaration of Kevin K. Kercher, Esquire, attached hereto. Debtor respectfully submits that the Law Office of Kevin K. Kercher, Esquire, P.C., represents no interest adverse to the Debtor as Debtor-in-Possession or to the Debtor's estate in the matters upon which the firm is to be engaged by the Debtor, and that the employment of the firm would be in the best interests of the Debtor and their estate. The Declaration of Kevin K. Kercher, Esquire, President of THE LAW OFFICE OF KEVIN K. KERCHER, ESQUIRE, P.C., is attached hereto as Exhibit "A".

7. The work to be performed in this matter will be handled by Kevin K. Kercher, Esquire, at his current hourly billing rate

of $350.00 per hour for corporate bankruptcy work, with the agreement of the Debtor.

WHEREFORE, Applicant respectfully requests that it be authorized to employ THE LAW OFFICE OF KEVIN K. KERCHER, ESQUIRE, P.C., under a general retainer to represent him as Debtor-in-possession in this proceeding.

Date: 5/19/25

Alfonso Knoll
Sole shareholder/president
Active World Holdings, Inc.