Fill in this information to identify the case:

Debtor name: **Active World Holdings, Inc.**

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania**
(State)

Case number (if known): **25-11826 pmm**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property  12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* Amount of claim. Do not deduct the value of collateral. | *Column B* Value of collateral that supports this claim |
|---|---|---|

**2.1 Creditor's name**
Berks County Tax Claim Bureau

**Describe debtor's property that is subject to a lien**
697 North Galen Hall Road Wernersville, PA 19565

**$4,000.00**   **$685,000.00**

**Creditor's mailing address**
Berks County Services Center
633 Court St. 2nd Floor
Reading, PA 19601

**Describe the lien**
Real Estate taxes

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
   1) HOF Grantor Trust 5 LLC; **2) Berks County Tax Claim Bureau**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$378,630.00**

Debtor  **Active World Holdings, Inc.**                    Case number (if known) **25-11826 pmm**
_____
Name

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2** | **Creditor's name**
**HOF Grantor Trust 5 LLC**

**Creditor's mailing address**
c/o Sarah Elia, Esq.
Weber Gallagher
2000 Market St. Ste. 1300
Philadelphia, PA 19103

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☑ No. Specify each creditor, including this creditor, and its relative priority.
    For 697 North Galen Hall Road Wernersville, PA 19565: **1) HOF Grantor Trust 5 LLC**; 2) Berks County Tax Claim Bureau
  ☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**
697 North Galen Hall Road Wernersville, PA 19565, Winding Way Wernersville, PA 19565

**Describe the lien**
Mortgage

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$249,630.00**    **$685,000.00**

Debtor **Active World Holdings, Inc.**　　　Case number (if known) **25-11826 pmm**
　　　　Name

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.3** **Creditor's name**
**WFD Capital LLC**

**Describe debtor's property that is subject to a lien**

$125,000.00　　　unknown

**Creditor's mailing address**
c/o Andrew Roman Perrong, Esq.
2657 Mt. Carmel Ave.
Glenside, PA 19038

**Describe the lien**
Judgment lien

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed