**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ACTIVE WORLD HOLDINGS, INC. | : | CHAPTER 11 |
| d/b/a Active World Club | : | |
| | : | |
| Debtor, | : | BKRTCY. NO. 25-11826 pmm |
| | : | |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

Debtor, Active World Holdings, Inc., by and through its counsel, Kevin K. Kercher, Esquire, has filed a Motion To Establish Bar Date for Filing Proofs of Claim. The Debtor is proposing a Bar Date of July 30, 2025.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, If you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **June 25, 2025** you or your attorney must do all of the following:

    (a)   file an answer explaining your position at

    **Clerk, U.S. Bankruptcy Court**
    **Suite 103, The Gateway Building**
    **201 Penn Street**
    **Reading, PA 19601**

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)   mail a copy to the movant's attorney:

    **LAW OFFICES OF KEVIN K. KERCHER, ESQ., P.C.**
    **Kevin K. Kercher, Esquire**
    **881 Third Street, Suite #C-2**
    **Whitehall, PA 18052**

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3.   A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on **July 8,2025, at 11:00 a.m.** in Courtroom #1, 4th Floor, United States Bankruptcy Court, The Gateway Building, 201 Penn Street, Reading, Pennsylvania, 19601.

      4.   If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.   You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date: June 11, 2025        Attorney for Movant

                                     /s/ Kevin K. Kercher
                                    **Kevin K. Kercher, Esquire**