**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ACTIVE WORLD HOLDINGS, INC. | : | CHAPTER 11 |
| d/b/a Active World Club | : | |
| | : | |
| Debtor, | : | BK. NO. 25-11826 pmm |
| | : | |

## ORDER ESTABLISHING BAR DATE FOR FILING PROOFS OF CLAIM

It is hereby **ORDERED** that the Motion is **GRANTED** as follows:

1. Each **person or non-governmental entity** that asserts a claim against the Debtor that arose prior to May 8, 2025 must file a proof of such claim (in form substantially similar to Official Form No. 10) which shall be received on or before **July 30, 2025,** at the following address:

> **Clerk of the Court**
> **US Bankruptcy Court**
> **The Gateway Building**
> **201 Penn St., Ste. 103**
> **Reading, PA 19601**

2. Debtor's counsel is directed to mail this Order and the **Amended** proposed Form of Notice attached hereto to all creditors and parties in interest herein forthwith and file a Certificate of Service; and,

3. the **Amended** Form of Notice attached to this Order is approved as containing adequate information to enable non-governmental creditors to file a proof of claim and provides adequate notice of the date by which said claims must be filed and the effect of a failure to file such a claim.

**Date: June 18, 2025**

*Patricia M. Mayer*
_____
**Hon. Patricia M. Mayer**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| ACTIVE WORLD HOLDINGS, INC. | :   CHAPTER 11 |
|   d/b/a Active World Club | : |
| | : |
| Debtor, | :   BK. NO. 25-11826 pmm |
| | : |

## AMENDED NOTICE OF DEADLINE TO FILE NON-GOVERNMENTAL PROOFS OF CLAIM

**TO ALL NON-GOVERNMENTAL CREDITORS AND PARTIES IN INTEREST, NOTICE IS GIVEN THAT:**

    1.    **July 30, 2025** is the date set as the last date for filing of the Proofs of Claim on official forms as provided by the Bankruptcy Rules in order for **non-governmental creditors** to share in any dividend which may be payable. ~~July 30, 2025 is the date set as the Government Proof of Claim deadline.~~ A form of Proof of Claim is attached hereto as Exhibit "A" for your convenience. THE FAILURE TO FILE A PROOF OF CLAIM MAY RESULT IN YOU OR A PERSON OR ENTITY WHOM YOU REPRESENT OR BY WHOM YOU ARE EMPLOYED LOSING THE ABILITY TO SHARE IN ANY DIVIDEND OR DISTRIBUTION FROM THE BANKRUPTCY ESTATE OR FROM THE DEBTOR.

    2.    A **NON-GOVERNMENTAL CREDITOR** MUST FILE A PROOF OF CLAIM WITHIN THE TIME PERIOD PROVIDED HEREIN TO SHARE IN ANY DISTRIBUTION. ANY **NON-GOVERNMENTAL CREDITOR** WHO DESIRES TO RELY ON THE LIST OF LIABILITIES FILED BY THE DEBTOR HAS A RESPONSIBILITY FOR DETERMINING THAT IT IS ACCURATELY LISTED. A CLAIM MUST BE FILED EVEN IF YOU BELIEVE YOUR CLAIM OR THE CLAIM OF THE PARTY WHO YOU REPRESENT OR BY WHOM YOU ARE EMPLOYED IS CONTINGENT, UNLIQUIDATED, DISPUTED, ESTIMATED, BASED UPON ANY STATE OR FEDERAL LAW OR OTHERWISE ENFORCEABLE BY A GOVERNMENTAL AGENCY, THE SUBJECT OF ANY LITIGATION WITH THE DEBTOR OR ANY OTHER PARTY BASED UPON ANY AGREEMENT FOR CONTRIBUTION OR INDEMNITY BY THE DEBTOR FOR WHICH A DEMAND HAS OR HAS NOT BEEN MADE, OR BASED UPON ANY OTHER FACTS, LAW OR CIRCUMSTANCES.

    3.    PROOFS OF CLAIM SHALL BE FILED WITH: **CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA, THE GATEWAY BUILDING, SUITE 103, 201 PENN STREET, READING, PA 19601.**

Date:   /  /2025                                  Attorney for Debtor

                                                        **LAW OFFICES OF**
                                                        **KEVIN K. KERCHER**

                                                        /s/ Kevin K. Kercher